Imran F. Vakil, Esq. (Bar No. 248859)
   ivakil@nexiolaw.com
**NEXIO, PC**
245 Fischer Avenue, Suite C3
Costa Mesa, CA 92626
Phone:    (949) 478-6830
Facsimile: (949) 478-1275
*Attorneys for Plaintiffs,*
*Sream, Inc. and RooR International BV*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SREAM, INC, a California corporation; and ROOR INTERNATIONAL BV, a Foreign Corporation<br><br>    Plaintiffs,<br><br>v.<br><br>GURPARTAP SINGH, *et al.*,<br><br>    Defendants. | Case No. 2:18-cv-03133-KJM-DB<br>Hon. Kimberly J. Mueller<br><br>**STIPULATED NOTICE OF SETTLEMENT OF PLAINTIFFS AND DEFENDANT GURPARTAP SINGH** |

**NOTICE OF SETTLEMENT**

**PLEASE TAKE NOTICE** that Plaintiffs Sream, Inc. and RooR International BV (collectively "Plaintiffs") hereby give the Court notice that they have settled with Defendants Gurpartap Singh ("Defendant") (Plaintiffs and Defendant are collectively the "Settling Parties").

On December 17, 2018, the Settling Parties exchanged a final signed settlement agreement. Pursuant to the expected terms of the settlement, the Settling Parties are required to perform certain acts (the "Settlement Acts"), with the final act expected to complete on or before January 21, 2019.

Accordingly, pursuant to FRCP 41(a)(1)(A)(ii), Plaintiff will submit a FRCP 41(a)(1)(A)(i) notice requesting that this Court dismiss the action *without prejudice* upon finalization of the Settlement Acts.

Dated:  December 19, 2018         **NEXIO, PC**

By: /s/ Imran F. Vakil /
Imran F. Vakil,
*Attorneys for Plaintiffs, Sream Inc. and RooR International BV*

2

**NOTICE OF SETTLEMENT**

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE

 I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action; my business address is 245 Fischer Avenue, Suite C3, Costa Mesa, CA 92626.

 On December 19, 2018 I caused to be served to the addresses and by the method of service described as follows **STIPULATED NOTICE OF SETTLEMENT OF PLAINTIFFS AND DEFENDANT GURPARTAP SINGH,** on:

Gurpartap Singh<br>
Cigarette City Forever<br>
3315 Northgate Boulevard, Suite 11<br>
Sacramento, CA 95834<br>
*Email:  singh.garry99@yahoo.com*

[ ]  (BY EMAIL)

[ ]  (BY PERSONAL SERVICE) I delivered to [COURIER SERVICE], a courier service authorized to receive documents to be delivered to the above on the same date.  A proof of service signed by the authorized courier will be filed with the court upon request.

[ ]  (BY CM/ECF) On December 19, 2018, I filed the above referenced document(s) via the United States District Court, Eastern District of California electronic filing system and all attorneys who have appeared in this matter that have registered for electronic service will be served in that manner.

[X]  (BY MAIL) I am "readily familiar" with the firm's practice for collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Costa Mesa, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]  (BY OVERNIGHT DELIVERY) I caused said envelope (s) to be delivered overnight via an overnight delivery service in lieu of delivery by mail to the addressee (s).

[X]  (FEDERAL)  I declare that I am employed in the office of a member of the bar of their court at whose direction the service was made.

 Executed on December 19, 2018 at Costa Mesa, California.

[X]  (FEDERAL)  I declare that I am employed in the office of a member of the bar of their court at whose direction the service was made.

                / Imran F. Vakil /
                ―――――――――――――
                Imran F. Vakil